UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ANHAM USA, Inc., and ANHAM FZCO,

                          Plaintiffs,

    - against -                                **ORDER**

AFGHAN GLOBAL INSURANCE, LTD,              No. 23-CV-2763 (CS)
CERTAIN UNDERWRITERS OF LLOYD'S
LONDON, USI INSURANCE SERVICES, and
TYSERS INSURANCE BROKERS,

                          Defendants.
-------------------------------------------------------------x

Seibel, J.

       There being no further need for sealing, and Plaintiffs' having communicated to the Court

their consent to unsealing following the hearing on the *ex parte* temporary restraining order held

on April 3, 2023, the instant action and all documents filed herein are hereby unsealed.

       **SO ORDERED.**

Dated: April 4, 2023
White Plains, New York

                              _____
                                 CATHY SEIBEL, U.S.D.J.