UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Motion for Limited Sealing

Miscellaneous Case No. _____

**ORDER TO FILE**
**CIVIL CASE UNDER SEAL**

Plaintiffs, ANHAM USA Inc. and its affiliate ANHAM FZCO ("ANHAM"), having moved to file a new civil case under seal, and the Court having reviewed the application and having found sufficient cause to order this case to be filed under seal, it is hereby:

**ORDERED** this case may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

It is further **ORDERED** that this case is sealed pending this Court's adjudication of ANHAM's motion for an order to show cause and temporary restraining order.

The Clerk is directed to restrict access to this order to the selected party viewing level and close this case.

Dated: __3/31/23__

New York, New York

This Order is subject to review by the assigned district court judge and is without prejudice to the Defendants arguing that the seal should be lifted in whole or in part.

SO ORDERED:

_Richard M. Berman, P.J._

United States District Judge