UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ANHAM USA, Inc. and ANHAM FZCO,

                    Plaintiffs,

           -against-

AFGHAN GLOBAL INSURANCE, LTD;
CERTAIN UNDERWRITERS OF LLOYD'S,
LONDON; USI INSURANCE SERVICES;
and TYSERS INSURANCE BROKERS,

                    Defendants.
--------------------------------------------------------X

**ORDER**

No. 23-CV-2763 (CS)

Seibel, J.

      For the reasons stated on the record on April 14, 2023, the Court VACATES the

Temporary Restraining Order issued on April 4, 2023, (ECF No. 10).

 **SO ORDERED.**

Dated:  April 14, 2023
         White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.