UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
ANHAM USA, Inc. and ANHAM FZCO,

                              Plaintiffs,

    – against –

AFGHAN GLOBAL INSURANCE, LTD; CERTAIN
UNDERWRITERS OF LLOYD'S, LONDON; USI
INSURANCE SERVICES; and TYSERS INSURANCE
BROKERS,

                              Defendants.
-------------------------------------------------------------------------x

**ORDER**

No. 23-CV-2763 (CS)

Seibel, J.

    For the reasons set forth on the record today, the claims against defendant Tysers Insurance Brokers are dismissed without prejudice. The Clerk of Court is respectfully directed to terminate the pending motion (ECF No. 109) and terminate Tysers Insurance Brokers as a defendant.

**SO ORDERED.**

Dated: June 25, 2025
       White Plains, New York

                                                          CATHY SEIBEL, U.S.D.J.